United States District Court
Southern District of Texas

**ENTERED**

May 22, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHAEL WILLIAM DAVIS,  §
                        §
           Petitioner,  §
                        §
v.                      §        CIVIL ACTION NO. H-24-1514
                        §
ERIC GUERRERO,          §
                        §
           Respondent.  §

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order, this action is **DISMISSED WITH PREJUDICE.** No Certificate of Appealability shall issue.

This is a **FINAL JUDGMENT.**

The Clerk shall notify all parties and provide them with a true copy of this Final Judgment.

**SIGNED** at Houston, Texas, on this the 22nd day of May, 2026.

_____
                SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE